UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

*[ELECTRONICALLY FILED]*

| | |
|---|---|
| MICHAEL B. EASTER | ) |
| | ) |
| | ) **CIVIL ACTION** |
| v. | ) **NO.** 3:17-CV-31-GFVT |
| | ) |
| JASON HENDRIX, et al. | ) |
| | ) |

\*\*\*\*\*

## MOTION TO WITHDRAW AS LEGAL COUNSEL OF RECORD

Comes the undersigned, counsel for the Plaintiff, pursuant to Joint Civil Local Rule 83.6 and the Rules of Professional Conduct, and moves this Court to grant his Motion to Withdraw as Legal Counsel of Record for the Plaintiff in the above-captioned case. In support, the undersigned states as follows:

1. The Plaintiff and the undersigned have irreconcilable differences on the course and scope of the litigation.
2. The Plaintiff is aware of his right to seek new legal counsel.

**WHEREFORE**, the undersigned moves this honorable Court to grant his Motion to Withdraw as Legal Counsel of Record.

Date: February 12, 2018        Respectfully submitted,

/s/ Christopher J. Hoerter
Christopher J. Hoerter
Coleman, Roles & Associates, PLLC
1009 South Fourth Street
Louisville, KY 40203
T (502) 584-8583
F (502) 584-1826
cjr.hoerter@gmail.com
*Counsel for Plaintiff*

## **CERTIFICATE**

This certifies that a copy of the foregoing Motion to Withdraw as Legal Counsel of Record was filed with the Court via CM/ECF and served on Counsel for the Defendants, Hon. Mark A. Osbourn, via CM/ECF on February 12, 2018. A copy of this motion was served via U.S. Mail on the Plaintiff, Michael B. Easter, at the following address, also on February 12, 2018:

    Michael B. Easter
    4220 Springbourne Way
    Apartment 202
    Louisville KY 40241
    *Plaintiff*

    Mark A. Osbourn
    Mark Osbourn Law Office
    4350 Brownsboro Road
    Suite 110
    Louisville, KY 40207
    T (502) 609-2609
    F (502) 893-4503
    mark@markosbournlaw.com
    *Counsel for Defendants*

                                          /s/ Christopher J. Hoerter
                                          Christopher J. Hoerter

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

*[ELECTRONICALLY FILED]*

| | |
|---|---|
| MICHAEL B. EASTER | ) |
| | ) **CIVIL ACTION** |
| v. | ) **NO.** 3:17-CV-31-GFVT |
| | ) |
| JASON HENDRIX, et al. | ) |

\*\*\*\*\*

## ORDER

Motion having been made and this Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Legal Counsel of Record be granted, and that Christopher J. Hoerter and Coleman, Roles & Associates be allowed to withdraw as legal counsel in the above-captioned case.

**IT IS FURTHER ORDERED** that the Plaintiff be given sixty (60) days to procure new legal counsel.

**ALTERNATIVELY, IT IS HEREBY ORDERED** that the Plaintiff be given _____ days to procure new legal counsel.

_____
MAGISTRATE JUDGE

_____
DATE

Tendered by:

/s/ Christopher J. Hoerter
Christopher J. Hoerter
Coleman, Roles & Associates, PLLC
1009 South Fourth Street
Louisville, KY 40203
T (502) 584-8583
F (502) 584-1826
cjr.hoerter@gmail.com
*Counsel for Plaintiff*